FORM A—To be used by a prisoner filing a complaint under the Civil Rights Act, 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

03 OCT -9 PM 12: 19

GARY D. McFARLAND
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Antwan LoveJoy
Nathan Thomas
James Calloway
Jamie Watson
RayShawn Abram
(Enter above the full name of
the plaintiff or plaintiffs
in this action.)

8: 03CV418

v.                                          COMPLAINT

"Douglas County Dept.
of Corrections,"
"Douglas County",
the Saccharin Owner,
Maker, AN Manufacturers.
(Enter above the full name of
the defendant or defendants
in this action, if known.)

(Note: If there is more than one plaintiff, a separate sheet should be attached giving the information in Parts I, II, and III for each plaintiff, by name. Remember, all plaintiffs must sign the complaint.)

I.  A.  Place of Present Confinement Douglas County Dept of Corrections
    B.  Parties to this civil action:

5

Please give your commitment name and any other name(s) you have used while incarcerated.

(1) Plaintiff Antwaan Lovejoy  Registr. No. 1130090
    Address 710 South 17th St. Omaha, NE, 68102

Additional plaintiff's Registr. No. and address:

(2) Defendant Douglas County
    is employed as Food Administration at Douglas County Dept. of correct.
    Additional defendant's employment: _____

II. Previous Civil Actions

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___  No ✓

(1) Title: _____
         (Plaintiff)           (v.)            (Defendant)

(2) Date filed _____

(3) Court where filed _____
    (specify if the court was state or federal and the level of the court)

(4) Court number and citation _____

(5) Name of judge to whom the case was assigned _____

(6) Basic claim made _____

(7) Date of disposition _____

(8) Disposition _____
         (pending) (on appeal) (resolved)

6

(9) If decided by the court, state whether for plaintiff or defendant_____

(10) Approximate date of filing_____

(11) Approximate date of judgment_____

For additional cases, provide the above information in the same format on a separate page.

B. Have you begun other cases in state or federal courts relating to the conditions of your treatment while in confinement?   Yes ___   No ✓

III. Grievance Procedure

A. Does your institution have an administrative or grievance procedure?   Yes ✓   No ___

B. Did you present the facts relating to your complaint through the administrative or grievance procedure?
     Yes ✓   No ___

C. What was the result?_____

_____

D. If you did not file a grievance, state the reasons_____

_____

E. Please attach any responses as exhibits to this complaint.

F. If there is not prisoner grievance procedure at your institution, did you complain to prison authorities?
     Yes ___   No ___

G. If your answer to F is yes,

    A. What steps did you take and what was the result?_____

_____

IV. Jurisdiction

7

Please give your commitment name and any other name(s) you have used while incarcerated.

(1) Plaintiff _Nathan Thomas_ Registr. No. _1624871_
Address _710 South 17th St._
_Omaha, Neb 68102_

Additional plaintiff's Registr. No. and address:

_____

(2) Defendant _Douglas County_
is employed as _Food Administration_ at _Douglas County Dept. of Corrections_
Additional defendant's employment: _____

II. Previous Civil Actions

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___ No _✓_

(1) Title:_____
       (Plaintiff)        (v.)        (Defendant)

(2) Date filed_____

(3) Court where filed_____
    (specify if the court was state or federal and the level of the court)

(4) Court number and citation_____

(5) Name of judge to whom the case was assigned_____

(6) Basic claim made_____

(7) Date of disposition_____

(8) Disposition_____
                (pending) (on appeal) (resolved)

(6)

(9) If decided by the court, state whether for plaintiff or defendant_____

(10) Approximate date of filing_____

(11) Approximate date of judgment_____

For additional cases, provide the above information in the same format on a separate page.

B. Have you begun other cases in state or federal courts relating to the conditions of your treatment while in confinement? Yes ____ No √

III. Grievance Procedure

A. Does your institution have an administrative or grievance procedure? Yes √ No ____

B. Did you present the facts relating to your complaint through the administrative or grievance procedure? Yes √ No ____

C. What was the result?_____

_____

D. If you did not file a grievance, state the reasons_____

_____

E. Please attach any responses as exhibits to this complaint.

F. If there is not prisoner grievance procedure at your institution, did you complain to prison authorities? Yes ____ No ____

G. If your answer to F is yes,

A. What steps did you take and what was the result?_____

_____

IV. Jurisdiction

(7)

Please give your commitment name and any other name(s) you have used while incarcerated.

(1) Plaintiff James Calloway  Registr. No. 1249846
Address 710 South 17th St.
Omaha, NE. 68102

Additional plaintiff's Registr. No. and address:

_____

_____

(2) Defendant Douglas County
is employed as Food Administration at Douglas County Dept of correct.

Additional defendant's employment: _____

_____

II. Previous Civil Actions

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___ No ✓

(1) Title:_____
         (Plaintiff)        (v.)        (Defendant)

(2) Date filed_____

(3) Court where filed_____
    (specify if the court was state or federal and
    the level of the court)

(4) Court number and citation_____

(5) Name of judge to whom the case was assigned____

(6) Basic claim made_____

(7) Date of disposition_____

(8) Disposition_____
                (pending) (on appeal) (resolved)

6

(9) If decided by the court, state whether for plaintiff or defendant_____

(10) Approximate date of filing_____

(11) Approximate date of judgment_____

For additional cases, provide the above information in the same format on a separate page.

B. Have you begun other cases in state or federal courts relating to the conditions of your treatment while in confinement? Yes ____ No ✓

III. Grievance Procedure

A. Does your institution have an administrative or grievance procedure? Yes ____ No ____

B. Did you present the facts relating to your complaint through the administrative or grievance procedure?
Yes ✓ No ____

C. What was the result?_____

_____

D. If you did not file a grievance, state the reasons_____

_____

E. Please attach any responses as exhibits to this complaint.

F. If there is not prisoner grievance procedure at your institution, did you complain to prison authorities?
Yes ____ No ____

G. If your answer to F is yes,

A. What steps did you take and what was the result?_____

_____

IV. Jurisdiction

7

Please give your commitment name and any other name(s) you have used while incarcerated.

(1) Plaintiff _Jamir Watson_ Registr. No. _1279920_

Address _710 South 17th St._

_Omaha, NE. 68102_

Additional plaintiff's Registr. No. and address:

_____

_____

(2) Defendant _Douglas County_

is employed as _Bad Administrator_ at _Douglas County Dept. of Corrections_

Additional defendant's employment: _____

_____

II. Previous Civil Actions

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___ No _✓_

(1) Title:_____
           (Plaintiff)          (v.)          (Defendant)

(2) Date filed_____

(3) Court where filed_____
    (specify if the court was state or federal and
the level of the court)

(4) Court number and citation_____

(5) Name of judge to whom the case was assigned_____

(6) Basic claim made_____

(7) Date of disposition_____

(8) Disposition_____
              (pending) (on appeal) (resolved)

6

(9) If decided by the court, state whether for plaintiff or defendant_____

(10) Approximate date of filing_____

(11) Approximate date of judgment_____

For additional cases, provide the above information in the same format on a separate page.

B. Have you begun other cases in state or federal courts relating to the conditions of your treatment while in confinement?   Yes ____   No _✓__

III. Grievance Procedure

A. Does your institution have an administrative or grievance procedure?   Yes _✓_   No ____

B. Did you present the facts relating to your complaint through the administrative or grievance procedure?
Yes _✓_   No ____

C. What was the result?_____

_____

D. If you did not file a grievance, state the reasons_____

_____

E. Please attach any responses as exhibits to this complaint.

F. If there is not prisoner grievance procedure at your institution, did you complain to prison authorities?
Yes ____   No ____

G. If your answer to F is yes,

A. What steps did you take and what was the result?_____

_____

IV. Jurisdiction

Please give your commitment name and any other name(s) you have used while incarcerated.

(1) Plaintiff _RAyShAun AbRAM_ Registr. No. _118126C_
Address _710 South 17th St._
_Omaha, NE. 68102_

Additional plaintiff's Registr. No. and address:

_____

_____

(2) Defendant _Douglas County_
is employed as _Food Administration_ at _Douglas County Dept of Corr_
Additional defendant's employment: _____

_____

II. Previous Civil Actions

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___  No _✓_

(1) Title:_____
       (Plaintiff)         (v.)         (Defendant)

(2) Date filed_____

(3) Court where filed_____
    (specify if the court was state or federal and the level of the court)

(4) Court number and citation_____

(5) Name of judge to whom the case was assigned_____

(6) Basic claim made_____

(7) Date of disposition_____

(8) Disposition_____
              (pending) (on appeal) (resolved)

6

(9) If decided by the court, state whether for plaintiff or defendant_____

(10) Approximate date of filing_____

(11) Approximate date of judgment_____

For additional cases, provide the above information in the same format on a separate page.

B. Have you begun other cases in state or federal courts relating to the conditions of your treatment while in confinement?   Yes ____   No ✓

III. Grievance Procedure

A. Does your institution have an administrative or grievance procedure?  Yes ✓  No ____

B. Did you present the facts relating to your complaint through the administrative or grievance procedure?
   Yes ✓  No ____

C. What was the result?_____

_____

D. If you did not file a grievance, state the reasons_____

_____

E. Please attach any responses as exhibits to this complaint.

F. If there is not prisoner grievance procedure at your institution, did you complain to prison authorities?
   Yes ____  No ____

G. If your answer to F is yes,

   A. What steps did you take and what was the result?_____

_____

IV. Jurisdiction

7

A. Is this complaint brought for a violation of your federal constitutional rights by a person employed by the state, county, or municipal government or acting with such government officials? Yes ✓ No ___

> If "yes," please state the agency the official(s) is/are employed by or why you believe the defendant(s) was/were acting in conjunction with government officials: _The County And DCCC is At fault And is At fault with the Government in this violation._

B. Is this complaint brought for a violation of state or local law? Yes ___ No ___ "The City And County"

> If so, please specify (without alleging any supporting facts) the state law(s) you believe was/were violated ___

> Is/are the defendant(s) residents of the same state as you? Yes ✓ No ___

> If not, specify what state ___

V. Statement of Claim:

(State here as briefly as possible the FACTS of your case. You must state exactly what each defendant personally did, or failed to do, that resulted in harm to you, and describe the harm. Include the names of other persons involved (for example, other inmates), dates, and places of all events. If you allege related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet, if necessary. Unrelated claims should be raised in a separate civil action. Do not give legal arguments or cite cases or statutes except in Part B below.

8

A. While being Housed At The Douglas County Department of Corrections, myself And the other Plaintiff's Have been Drinking A Sugar Substitute, Cancer causing Substance called Sachrine in The Kool Aid without our knowlege,

There is no menu or nutrition Factors Attached to the food or Drinking Beverage here At DCCC, And no one informed Any of us that the Beverage Here consumed such a substance as Sachrine that can cause Serious health Risks.

Myself And the other plaintiff's Are very distraught About not knowing About the contents contained in the Kool-Aid here At DCCC, we Are pushing for A major Lawsuit to teach DCCC And Douglas County A Lesson, no one's health Should be Jeopardized Just to Save a few extra Dollars, They have been putting many lives At Risk for many years, now Some one is finally Doing Something About it.

9

B. State briefly your legal theory or cite appropriate authority:_____

Our Civil, Constitutional, And Human Rights Have been terribly violated.

VI. Relief

A. Do you request money damages?   Yes ✓   No ___

If so,

1. Did you lose any money from this incident? Yes ___ No ___ If so, how much? Not Sure what the Hospital Bill will Be.

2. Did you receive a physical injury?   Yes ✓   No ___

3. What other harm did you experience from this incident? _____

Psycological, And maybe internal injuries to early to know.

4. State the amount of damages claimed Unsure At this time.

B. Do you request a jury trial?   Yes ✓   No ___

C. State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the Court to find the Defendant Guilty And make it where other People's health can not be easily put At Risk.

VII. Request for Appointment of Counsel

    A. Do you want an attorney to represent you in presenting your claim to the court? Yes ___ No ✓

    B. Did someone help you in preparing this complaint? Yes ___ No ✓ If so, state the person's name (optional)

    _____

    _____

    C. Have you made any efforts to contact a private lawyer to determine if he or she would represent you in this action? Yes ___ No ✓

    If so, state the name(s) and address(es) of each lawyer contacted_____

    _____

    If not, state your reasons _Capable of Represent- myself._

    _____

(Note: This court has no funds with which to pay an attorney for handling this type of case. Because of this, appointments are made only in cases where an attorney is greatly needed and the attorney is willing to take the case without expecting to receive any fee.)

    I declare under penalty of perjury that the forgoing is true and correct.

    Signed this ___ day of _____, 20___.

    _____

    (Signature(s) of Plaintiff(s))

11